**Jeannette EWOLDT, Plaintiff–Appellant,**

v.

**Denny L. ROBINSON, individually and as an employee, agent or representative of HTG Distributors, Inc., Brian Williamson, individually and as an employee, agent, or representative of HTG Distributors, Inc., HTG Distributors, Inc., a Michigan Corporation, Defendants–Appellees.**

No. 07–11079.

United States Court of Appeals, Eleventh Circuit.

Sept. 18, 2007.

David M. Caton, Robert E. Bonner, Meier, Bonner, Muszynski, O'Dell & Harvey, P.A., Orlando, FL, for Plaintiff–Appellant.

Lauren Du Val Donofrio, Lawrence M. Scott, O'Reilly Rancilio, P.C., Sterling Hts, MI, for Defendants–Appellees.

Before BIRCH and BARKETT, Circuit Judges, and KORMAN,* District Judge.

PER CURIAM:

We affirm on the basis of our decision in *McMahan v. Toto*, 256 F.3d 1120 (11th Cir.2001), *modified*, 311 F.3d 1077 (11th Cir.2002). Because the circumstances of this case are indistinguishable from *McMahan*, we agree with the district court's finding that, based on our precedent, Florida Statute § 768.79 applies in this case.

**AFFIRMED.**

* Honorable Edward Korman, United States District Judge for the Eastern District of New York, sitting by designation.